UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHCHAIN S., | No. 1:25-cv-01863-TLN-DMC |
| Petitioner, | |
| v. | **ORDER** |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | |
| Respondents. | |

Petitioner Sukhchain S.[1] ("Petitioner"), an immigration detainee who is representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Based on the substance of Petitioner's petition and the relief requested therein, the Court construes Petitioner's pleading as a motion for a temporary restraining order. *Estelle v. Gamble*, 429 U.S. 97, 106 (1976) (stating that pleadings by pro se litigants must be held to less stringent standards than formal pleadings drafted by lawyers.)

Respondents shall file any opposition to Petitioner's Motion for Temporary Restraining

---

[1] As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court omits petitioner's full name, using only his first name and last initial, to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf. The Clerk of Court is directed to update the docket to reflect this change accordingly.

1  Order by noon on December 19, 2025.  Any opposition shall provide the Court with copies of all
2  referenced/relevant portions of Petitioner's A-File and any and all available records related to
3  Petitioner's allegations.  Petitioner may file a reply by December 23, 2025.
4      Pending the Court's ruling on Petitioner's motion, Respondents shall not take any action
5  to transfer Petitioner out of this District.  *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 608 (1966)
6  (acknowledging the Court's "express authority under the All Writs Act to issue such temporary
7  injunctions as may be necessary to protect its own jurisdiction").
8      Petitioner filed a motion to proceed in forma pauperis (ECF No. 2), which is granted.  *See*
9  28 U.S.C. § 1914.  Petitioner has also filed a motion for the appointment of counsel.  (ECF No.
10  3.)  In light of the complexity of the legal issues involved, the Court has determined that the
11  interests of justice require the appointment of counsel for Petitioner.  *See* 18 U.S.C. §
12  3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).  Within seven
13  days from the date of this Order, the appointing authority for the Eastern District of California
14  shall identify counsel and send counsel's contact information to Michele Krueger, Courtroom
15  Deputy for Chief Judge Troy Nunley, via email at mkrueger@caed.uscourts.gov, who shall
16  update the docket to reflect counsel's appointment.  If counsel is not a member of the Eastern
17  District of California Criminal Justice Act ("CJA") Panel, the Court hereby authorizes them to
18  serve as CJA counsel for petitioner for the duration of the proceedings in this Court pursuant to
19  Local Rule 180(b)(1).
20      In accordance with the above, IT IS HEREBY ORDERED that:
21   1. Respondents shall file any opposition to Petitioner's request for injunctive relief by
22      noon on December 19, 2025; Petitioner may file a reply, if any, by December 23,
23      2025;
24   2. In order to ensure this Court's jurisdiction to resolve the pending § 2241 petition,
25      Respondent shall not transfer Petitioner to another detention center outside of this
26      judicial district, pending further order of the Court.
27   3. Petitioner's motion to proceed in forma pauperis (ECF No. 2) is granted;
28   4. Petitioner's motion to appoint counsel (ECF No. 3) is granted; Within seven days from

1        the date of this order, the appointing authority for the Eastern District of California

2        shall identify counsel and send counsel's contact information to Michele Krueger,

3        Courtroom Deputy for Chief Judge Troy Nunley, who shall update the docket to

4        reflect counsel's appointment;

5     5. The Clerk of the Court shall serve a copy of this order on the Federal Defender,

6        Attention: Habeas Appointment, along with a copy of the § 2241 petition;

7     6. The Clerk of the Court shall serve a copy of this order together with a copy of

8        Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on

9        the United States Attorney; and

10     7. The Clerk of Court is directed to update the docket to only list Petitioner's first name

11        and last initial.

       IT IS SO ORDERED.

Date: December 16, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

3