1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHCHAIN S., <br><br> Petitioner, <br><br> v. <br><br> WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., <br><br> Respondents. | No. 1:25-cv-01863-TLN-DMC <br><br><br> **ORDER** |

On December 15, 2025, Petitioner Sukhchain S. ("Petitioner") filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (ECF No. 1.)  Based on the substance of Petitioner's petition and the relief requested therein, the Court construed Petitioner's pleading as a motion for a temporary restraining order.  (ECF No. 5.)

On December 22, 2025, the Court granted Petitioner's Motion for a Temporary Restraining Order ("TRO") and ordered Respondents to show cause why a preliminary injunction should not issue.  (ECF No. 8.)  In response, Respondents submitted on their previously filed opposition to Petitioner's Motion for a TRO.  (ECF No. 11.)

Accordingly, and for reasons stated in the Courts's Order on Petitioner's Motion for a TRO (ECF No. 8), the Court GRANTS a preliminary injunction.  Respondents are ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with

constitutional protections, including seven-day notice and a hearing before a neutral fact-finder where Respondents show: (a) there are material changed circumstances which demonstrate that there is a significant likelihood of Petitioner's removal in the reasonably foreseeable future, or (b) Respondents demonstrate by clear and convincing evidence that Petitioner poses a danger to the community or a flight risk.  At any such hearing, Petitioner shall be allowed to have counsel present.

      Pursuant to Local Rule 302, this matter is hereby REFERRED to the assigned Magistrate Judge for further proceedings.

      IT IS SO ORDERED.

Date: January 6, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE