IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHCHAIN S., ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> WARDEN OF THE GOLDEN STATE ) <br> ANNEX, et al, ) <br> ) <br> Respondents. ) <br> ) | Case № 1:25-cv-01863-TLN-AC Click or tap here to enter text. <br><br> **O R D E R** <br> **APPOINTING COUNSEL *PRO HAC VICE* TO PRACTICE IN THE CALFIRNIA EASTERN DISTRICT AND EXTENDING CONFERRING/FILING BRIEFING SCHEDULE** |

Upon the Federal Defender's *Motion* after this Court appointed counsel for Petitioner Sᴜᴋʜᴄʜᴀɪɴ S December 16, 2025 as qualifying for appointment of court-appointed counsel, good cause appearing, and considering Local Rule 180(b)(2), General Order 671 *CJA Plan* § XV.C.1.g (CJA appointments and *pro hac vice* appearance adapted to for a 28 U.S.C. § 2241 detained person in ICE custody case when the Federal Defender and district CJA counsel are unavailable), and the *Guide to Judiciary Policy*, Vol. 7A concerning CJA appointed counsel,

IT IS HEREBY ORDERED

1. Pursuant to 18 U.S.C. §§ 3005 and 3006A and this District's CJA Plan, General Order 671, § XV.C.1.g as applied here, appointing as *pro hac*

*vice* CJA counsel Leila- Sayed-Taha to represent Petitioner Sᴜᴋʜᴄʜᴀɪɴ S., *nunc pro tunc* to the Federal Defender contacting them about this appointment, December 29, 2025;

    2. Ms. Sayed-Taha is further given *pro hac vice* admission to practice before this Eastern District Court in this case; and

    3. Extending the time for new counsel to meet and confer with opposing counsel on their briefing schedule and to jointly file that schedule with the court within one (1) week of this Order.

Dated: January 7, 2026

_____
Troy L. Nunley
Chief United States District Judge