**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

SUKHCHAIN S.,

        Petitioner,

    v.

WARDEN OF THE GOLDEN STATE
ANNEX DETENTION FACILITY et.al.,

        Respondents.

No.  1:25-CV-01863-TLN-DMC-HC

ORDER

Petitioner, an immigration detainee, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). See ECF No. 12. Pursuant to 28 U.S.C. § 2243, the court will order Respondent to file a response to the pending petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent is directed to file a response within 60 days. Respondent shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.

/ / /

/ / /

/ / /

1

2.  Petitioner's reply, if any, is due on or before 30 days from the date Respondent's response is filed.

Dated:  January 26, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2