**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUKHCHAIN S., | No.  1:25-CV-01863-TLN-DMC |
| Petitioner, | |
| v. | ORDER TO SHOW CAUSE |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY et.al., | |
| Respondents. | |

Petitioner, a former immigration detainee, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. The District Judge issued a preliminary injunction, ECF No. 12.

On January 26, 2026, the undersigned directed Respondents to file a response to the petition within 60 days of the date of the order. See ECF No. 15. More than 60 days have passed, and Respondents have not complied. Accordingly, Respondents are ORDERED TO SHOW CAUSE within three days of the date of this order why the undersigned should not recommend granting the petition for Respondents' failure to comply with court orders.

IT IS SO ORDERED.

Dated:  April 14, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1