**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUKHCHAIN S., | No.  1:25-CV-01863-TLN-DMC-HC |
| Petitioner, | |
| v. | ORDER |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY et.al., | |
| Respondents. | |

Petitioner, a former immigration detainee, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. The undersigned issued an order to show cause why the undersigned should not recommend granting the petition for Respondent's failure to comply with court order to respond to the petition. See ECF No. 16. Respondents timely responded to the order to show cause, informing the Court they stand on their prior filings, but Respondents also make a new argument, claiming the petition is now moot. See ECF No. 17. Given this filing, Respondents shall be discharged from the order to show cause.

However, it is unclear to the Court whether Respondents intend to stand on their prior filing given it does not raise the issue of mootness. Respondents will be directed to inform the Court within 30 days of the date of this order whether they stand on their prior filing and do not argue mootness or file a new response which incorporates all Respondents' arguments. If Respondents do not timely file such response, the Court will assume Respondents stand on the

1

prior filing which does not argue mootness. Petitioner shall have 60 days from the date of this order to reply.

Accordingly, IT IS HEREBY ORDERED that:

1.      Respondents' are discharged from the order to show cause, ECF No. 16.

2.      Respondents shall inform the Court within 30 days of the date of this order, whether they stand on their prior filing or file a new response. The Court will accept Respondents' failure to timely file a response as a decision to stand on the prior filing and not argue mootness.

3.      Petitioner shall have 60 days from the date of this order to reply.

Dated:  April 17, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE